IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY



CLOSED

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>         Plaintiff,<br>  v.<br><br>GLORIA M. BROWN, MARY L. SHIVER, as administrator of the ESTATE OF KELVIN LAMONT SHIVER, and COTTON FUNERAL SERVICE, INC.,<br><br>         Defendants. | CIVIL ACTION NO.: 17cv6240<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

S I R S:

  THE PARTIES HEREBY STIPULATE AND AGREE that, as no party hereto is an infant or incompetent, this action and all claims and counterclaims asserted therein are voluntarily dismissed with prejudice and with no order of costs or attorney's fees to any party.

Dated: Hackensack, New Jersey
   September ___, 2017

BY: _____
  Anthony LaPorta, Esq.
  Rivkin Radler LLP
  Attorneys for Plaintiff Primerica Life
  Insurance Company
  21 Main Street, Suite 158
  Court Plaza South, West Wing
  Hackensack, New Jersey 07601
  (201) 287-2460

BY: _____
  Matthew J. Trella, Esq.
  Matthew J. Trella, P.A.
  Attorneys for Defendant Mary L. Shiver
  as Administrator of the Estate of Kelvin
  Lamont Shiver
  1135 Broad Street – Suite 104
  Clifton, New Jersey 07013
  (973) 778-5200

SO ORDERED

_____
Hon. Kevin McNulty
United States District Judge
3789612 v1  10/23/2017